JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BARRY STREET,** | ) | NO. CV 09-1414 CAS (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| **FRANCISCO JACQUEZ,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: August 10, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE